**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

COMMERCIAL CREDIT GROUP INC.                                                              PLAINTIFF

v.                                         NO. 1:14CV00139-JLH

UNISERVE, LLC; UNIVERSAL INDUSTRIAL
MANAGEMENT GROUP, LLC;
UNISERVE CONSTRUCTION, INC.; and
KEVIN R. STATLER                                                                             DEFENDANTS

**ORDER**

On October 19, 2015, Kevin R. Statler filed a voluntary petition for protection under the United States Bankruptcy Code. Every defendant in this action has now filed for bankruptcy protection. The Court directs the Clerk to terminate this action administratively. If the automatic stay is lifted as to any defendant, any party may move to reopen this action within thirty days after the automatic stay is lifted as to that defendant.

IT IS SO ORDERED this 20th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE